UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAIZEN ADVISORS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AO EYEWEAR, INC., a Delaware corporation; ALAN MCKINLEY, an individual; EUROPA EYE WEAR CORP., an Illinois corporation, doing business as EUROPA INTERNATIONAL, CINZIA, and STATE OPTICAL CO.; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01388 FMO (SKx)<br><br><br>ORDER ON STIPULATION [54] OF DISMISSAL |

Having reviewed the Stipulation by Plaintiff Kaizen Advisors, LLC and Defendants AO Eyewear, Inc., Alan McKinley, and Europa Eyewear Corp. dba Europa International, Cinzia, and State Optical Co. (collectively, the "Parties"), it is hereby ORDERED that the action is hereby dismissed with prejudice. The court will not retain jurisdiction to enforce the settlement agreement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994).

Dated: February 3, 2020  /s/                          .
　　　　　　　　　　　　　　　　　　　Hon. Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge